IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GLADYS KOHR,

      Plaintiff,
v.                                        Case No. 4:14cv228-MW/CAS

JOHN DOE WARDEN,

      Defendant.
_____/

## ORDER ACCEPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No.45, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation. ECF No. 46.   Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion.   The Clerk shall enter judgment stating, "Plaintiff's motion to clarify and reconsider, ECF No. 44, is **DENIED**.  The Third Amended Complaint, ECF No. 43, is **DISMISSED** for failure to state a claim upon which relief may be granted."  The Clerk shall close the file.

**SO ORDERED on August 7, 2015.**

                                                               **s/MARK E. WALKER          **
                                                               **United States District Judge**